PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: WALKER, Anthony                                          Cr.: 07-00143-003
                                                                           PACTS #: 48183

Name of Sentencing Judicial Officer:     THE HONORABLE STANLEY R. CHESLER
                                         SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/08/2010

Original Offense: Count One, Conspiracy to Commit Murder in Aid of Racketeering; and Count Two, Conspiracy to Commit a Crime Involving Assault with a Dangerous Weapon in Aid of Racketeering

Original Sentence: 156 months imprisonment, 36 months supervised release; $3,350 restitution (paid in monthly installments of $50); $200 special assessment

Special Conditions: 1) alcohol and drug testing/treatment; 2) refrain from any crime/threat group association; 3) debt monitoring; 4) one-month community confinement (modified); and 5) two-months location monitoring (modified)

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/14/2017

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

Violation Number     Nature of Noncompliance

1                    Failure to satisfy the restitution obligation.

**U.S. Probation Officer Action:** The Probation Office recommends the case expire as scheduled on July 13, 2020. The Financial Litigation Unit of the United States Attorney's Office will be notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

                                              Respectfully submitted,

                                              *Joseph Empirio/jj*
                                              By: Joseph Empirio
                                              Senior U.S. Probation Officer

Date:  06/16/2020

Prob 12A – page 2
WALKER, Anthony

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐X Allow Supervision to Expire as Scheduled on July 13, 2020, (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler, U. S. D. J.
—————————————————————
Signature of Judicial Officer

6/16/2020
—————————————————————Date